```
ZENIA K. GILG, SBN 171922
LISA B. MEIER, SBN 218979
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone 415/394-3800
Fax       415/394-3806

Attorneys for Defendant
ROBERT DUPRAS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR S-06-458 GEB |
| v. | STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE |
| ROBERT DUPRAS, | STATUS CONFERENCE; <u>DECLARATION OF COUNSEL</u> |
| Defendant.                           / | |

THE PARTIES HEREBY STIPULATE AND AGREE that the defendant's status conference hearing, which is now set for May 11, 2007 at 9:00 a.m. shall be continued to June 8, 2007 at 9:00 a.m.

It is further stipulated and agreed between the parties that the time be excluded until the requested hearing date on June 8, 2007.  The basis for the exclusion of time under the Speedy Trial Act to is provide the undersigned counsel with the reasonable time necessary for effective preparation, and to provide for continuity of counsel pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T4.

1

1  The reasons for this requested continuance are presented
2  in the accompanying declaration of counsel.

| /S/MICHAEL BECKWITH | /S/ZENIA K. GILG |
|---|---|
| MICHAEL BECKWITH | ZENIA K. GILG |
| Assistant U.S. Attorney | Attorney for Defendant |
| Dated: March 1, 2007 | Dated: March 1, 2007 |

**IT IS SO ORDERED.**

Dated:  May 17, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2