1  ZENIA K. GILG, SBN 171922
   LISA B. MEIER, SBN 218979
2  809 Montgomery Street, 2nd Floor
   San Francisco CA 94133
3  Telephone 415/394-3800
   Fax       415/394-3806
4
   Attorneys for Defendant
5  ROBERT DUPRAS

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12          Plaintiff,               CR S-06-458 GEB

13      v.                           STIPULATION AND [PROPOSED]
                                     ORDER TO RESCHEDULE THE
14  ROBERT DUPRAS,                   STATUS CONFERENCE;
                                     DECLARATION OF COUNSEL
15          Defendant.
    _____/

16

17       THE PARTIES HEREBY STIPULATE AND AGREE that the

18  defendant's status conference hearing, which is now set for

19  November 30, 2007, at 9:00 a.m. shall be continued to January 4,

20  2008, at 9:00 a.m.

21       It is further stipulated and agreed between the parties

22  that the time be excluded until the requested hearing date on

23  January 4, 2008.  The basis for the exclusion of time under the

24  Speedy Trial Act to is provide the undersigned counsel with the

25  reasonable time necessary for effective preparation, and to

26  provide for continuity of counsel pursuant to 18 U.S.C. section

27  3161(h)(8)(B)(iv) and Local Code T4.

28

                                1

1    The reasons for this requested continuance are presented

2  in the accompanying declaration of counsel.

3

4

5  /S/MICHAEL BECKWITH          /S/ZENIA K. GILG
   MICHAEL BECKWITH            ZENIA K. GILG
   Assistant U.S. Attorney     Attorney for Defendant

6  Dated: November 21, 2007    Dated: November 21, 2007

7

8

9        **IT IS SO ORDERED.**

10  Dated: November 28, 2007

11                              GARLAND E. BURRELL, JR.
                                United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2