ZENIA K. GILG, SBN 171922
LISA B. MEIER, SBN 218979
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone 415/394-3800
Fax       415/394-3806

Attorneys for Defendant
ROBERT DUPRAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT DUPRAS,<br><br>        Defendant.<br>_____/ | CR S-06-458 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE <u>STATUS CONFERENCE</u> |

THE PARTIES HEREBY STIPULATE AND AGREE that the defendant's status conference hearing, which is now set for February 8, 2008, at 9:00 a.m. shall be continued to March 7, 2008, at 9:00 a.m.

It is further stipulated and agreed between the parties that the time be excluded until the requested hearing date on March 7, 2008.  The basis for the exclusion of time under the Speedy Trial Act to is provide the undersigned counsel with the reasonable time necessary for effective preparation, and to provide for continuity of counsel pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T4.

1

The reasons for this requested continuance are presented in the accompanying declaration of counsel.

| /S/MICHAEL BECKWITH | /S/ZENIA K. GILG |
| --- | --- |
| MICHAEL BECKWITH | ZENIA K. GILG |
| Assistant U.S. Attorney | Attorney for Defendant |
| Dated: February 4, 2008 | Dated: February 4, 2008 |

**IT IS SO ORDERED.**

Dated:  February 7, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2