McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Ste. 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-00458-GEB |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| ROBERT LOUIS DUPRAS, | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Robert Louis Dupras, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Robert Louis Dupras' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. A $30,000 sub *res* in lieu of real property located in Nevada County at 13702 Briarwood Lane, Rough & Ready, California, APN: 52-220-27-000.

The sub *res* shall be paid prior to the imposition of sentence. If the sub *res* of $30,000.00 is not paid prior to the imposition

1

1 of sentence, then defendant Robert Louis Dupras forfeits his
2 right, title, and interest in the real property located at 13702
3 Briarwood Lane, Rough & Ready, California, APN: 52-220-27-000.
4     2.  Defendant Robert Louis Dupras shall send the $30,000.00
5 sub *res* in the form of a cashier's check, made directly payable
6 to the U.S. Marshals Service, to the following address: U.S.
7 Attorney's Office, Forfeiture Unit, 501 I Street, Ste. 10-100,
8 Sacramento, California 95814.  Said funds shall be held by the
9 U.S. Marshals Service pending further order of the Court.
10     3.  The above-listed property constitutes property used, or
11 intended to be used, in any manner or part, to commit, or to
12 facilitate the commission of violations of 21 U.S.C. § 841(a)(1).
13     4.  Pursuant to Rule 32.2(b), the Attorney General (or a
14 designee) shall be authorized to seize the above-listed property.
15 The aforementioned property shall be seized and held by the U.S.
16 Marshals Service in its secure custody and control.
17     5.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-
18 171, the United States forthwith shall publish at least once for
19 three successive weeks in <u>The Union</u> (Nevada County), a newspaper
20 of general circulation located in the county in which the above-
21 listed real property is located, notice of this Order, notice of
22 the Attorney General's intent to dispose of the property in such
23 manner as the Attorney General may direct, and notice that any
24 person, other than the defendant, having or claiming a legal
25 interest in the above-listed property must file a petition with
26 the Court within thirty (30) days of the final publication of the
27 notice or of receipt of actual notice, whichever is earlier.
28         b.  This notice shall state that the petition shall be

2

for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

      c.   The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons no notified.

  6.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a) in which all interests will be addressed.

Dated:  April 4, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge