```
ZENIA K. GILG, SBN 171922
LISA B. MEIER, SBN 218979
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone:  415/394-3800
Facsimile:  415/394-3806

Attorneys for Defendant
ROBERT DUPRAS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT DUPRAS,<br><br>          Defendant.<br>_____/ | CR S-06-458 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE <u>SENTENCING HEARING</u> |

  THE PARTIES HEREBY STIPULATE AND AGREE that the defendant's sentencing hearing, which is now set for August 1, 2008, at 9:00 a.m. shall be continued to September 12, 2008, at 9:00 a.m.

  It is further stipulated and agreed between the parties that the time be excluded until the requested hearing date on September 12, 2008.  The basis for the exclusion of time under the Speedy Trial Act to is provide the undersigned counsel with the reasonable time necessary for effective representation, pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T4.

1

The reasons for this requested continuance are presented in the accompanying declaration of counsel.

/S/MICHAEL BECKWITH
MICHAEL BECKWITH
Assistant U.S. Attorney
Dated: July 14, 2008

/S/ZENIA K. GILG
ZENIA K. GILG
Attorney for Defendant
Dated: July 14, 2008

/S/BRENDA BARRON-HARRELL
United States Probation
Dated: July 14, 2008

**IT IS SO ORDERED.**

Dated:  July 21, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge