```
 1  ZENIA K. GILG, SBN 171922
    LISA B. MEIER, SBN 218979
 2  809 Montgomery Street, 2nd Floor
    San Francisco CA 94133
 3  Telephone:  415/394-3800
    Facsimile:  415/394-3806
 4
    Attorneys for Defendant
 5  ROBERT DUPRAS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR S-06-458 GEB |
| v. | STIPULATION AND [PROPOSED] ORDER |
| ROBERT DUPRAS, | TO RESCHEDULE THE <u>SENTENCING HEARING</u> |
| Defendant. / | |

THE PARTIES HEREBY STIPULATE AND AGREE that the defendant's sentencing hearing, which is now set for September 12, 2008, at 9:00 a.m. shall be continued to October 24, 2008, at 9:00 a.m.

It is further stipulated and agreed between the parties that the time be excluded until the requested hearing date on October 24, 2008.  The basis for the exclusion of time under the Speedy Trial Act to is provide the undersigned counsel with the reasonable time necessary for effective representation, pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T4.

1

1   The reasons for this requested continuance are presented
2   in the accompanying declaration of counsel.

/S/MICHAEL BECKWITH                 /S/ZENIA K. GILG
MICHAEL BECKWITH                    ZENIA K. GILG
Assistant U.S. Attorney             Attorney for Defendant
Dated: September 8, 2008            Dated: September 8, 2008


**IT IS SO ORDERED.**

Dated:   September 9, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2