McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-00458-GEB |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT LOUIS DUPRAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about April 4, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Robert Louis Dupras forfeiting to the United States the following property:

        a.    A $30,000 sub *res* in lieu of real property located in Nevada County at 13702 Briarwood Lane, Rough & Ready, California, APN: 52-220-27-000.

AND WHEREAS, on April 26, May 3 and 10, 2008, the United States published notification of the Court's Preliminary Order of Forfeiture in The Union (Nevada County), a newspaper of general circulation located in the county in which the above-listed real

1

1  property is located.  Said published notice advised all third
2  parties of their right to petition the court within thirty (30) days
3  of the publication date for a hearing to adjudicate the validity of
4  their alleged legal interest in the forfeited property;
5      AND WHEREAS, the Court has been advised that no third party has
6  filed a claim to the subject property, and the time for any person
7  or entity to file a claim has expired.
8      Accordingly, it is hereby ORDERED and ADJUDGED:
9      1.  A Final Order of Forfeiture shall be entered forfeiting to
10 the United States of America all right, title, and interest in the
11 above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed
12 of according to law, including all right, title, and interest of
13 Robert Louis Dupras.
14     2.  All right, title, and interest in the above-described
15 property shall vest solely in the name of the United States of
16 America.
17     3.  The U.S. Marshals Service shall maintain custody of and
18 control over the subject property until it is disposed of according
19 to law.
20 Dated:  December 23, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge